IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BELINDA STARKS, o/b/o J.L.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv539-WC |
| ) | [WO] |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

On June 18, 2008, Plaintiff moved the Court for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #19). Upon consideration of the Motion, it is

ORDERED that Defendant shall show cause in writing **on or before July 3, 2008,** why this Court should not grant the Motion (Doc #19).

DONE this 19th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE