IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BELINDA STARKS, o/b/o J.L.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv539-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

On June 18, 2008, Plaintiff moved the Court for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #19). Plaintiff's motion requests the Court to award attorney's fees directly to counsel because Plaintiff signed a fee agreement, in which she assigned any fees awarded to her attorney. The Commissioner does not contest the award of fees. Def.'s Response (Doc. #21).

On May 5, 2008, the Eleventh Circuit Court of Appeals decided <u>Reeves v. Astrue</u>, ___ F.3d ___, 2008 WL 1930587 (11th Cir. May 5, 2008) (No. 07-11404), which unambiguously held that "attorney's fees are awarded to the prevailing party, not to the prevailing party's attorney." <u>Id.</u> Accordingly, upon consideration of the Motion and for good cause, it is

ORDERED as follows:

1. Plaintiff's Motion (Doc. #19) for attorney's fees is GRANTED in the

amount of $2,174.51.

    2.    Because § 2412(d)(1)(A) authorizes the Court to award fees to the prevailing party, rather than the prevailing party's attorney, see 28 U.S.C. § (d)(2)(B); Reeves v. Astrue, ___ F.3d ___, 2008 WL 1930587 (11th Cir. May 5, 2008) (No. 07-11404), Plaintiff's request that fees be paid directly to counsel is DENIED.

DONE this 3rd day of July, 2008.

                                                   /s/ Wallace Capel, Jr.
                                                   WALLACE CAPEL, JR.
                                                   UNITED STATES MAGISTRATE JUDGE